IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COREY FORD,<br>　　　　　　Plaintiff,<br>v<br>JOSEPH T. SMITH, et al.,<br>　　　　　　Defendants. | **ORDER REFERRING CASE TO PRISONER MEDIATION PROGRAM**<br><br>Case No.　　9:11-CV-0212　(GTS/RFT) |

Plaintiff, **COREY FORD, DIN 95-A-8605**, a New York prisoner confined at <u>Great Meadow Correctional Facility</u> filed a pro se civil rights complaint pursuant to 42 USC § 1983.

Good cause appearing, the instant case shall be referred to the NYND Prisoner Mediation Program. A mediation hearing shall take place at the United States District Court, Albany NY with all interested parties and/or their representatives at 3:00pm on July 17, 2014, before United States Magistrate Judge Christian F. Hummel.

For the foregoing reasons and for good cause shown,

1.　　The case is hereby referred to the NYND Prisoner Mediation Program.

IT IS SO ORDERED.

*Gary L. Sharpe*
Chief U.S. District Judge

Dated : June 24, 2014